**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neil Rusty Bond, | No. CV-19-04933-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court are Plaintiff's three motions titled "Request to File a Lawsuit" (Docs. 57, 58, 59), and Plaintiff's "Motion to Order the Social Security Administration, the Office of Inspector General and the U.S. Government to Cease and Desist Violation of Plaintiff's Civil Rights with Threats" (Doc. 60). The motions join the growing deluge of opaque post-judgment motions filed by Plaintiff.

In his requests to file lawsuits against members of the United States Attorney's Office (the "USAO"), Plaintiff asks to sue members of the USAO in connection with deductions from his Social Security Benefits. (*See* Docs. 57, 59). Plaintiff cites, and the Court is aware of, no rule or legal authority to support his motions. (*See id.*). Instead, Plaintiff simply argues that the "Financial Litigation Unit" of the USAO has wrongfully deducted money from Plaintiff's Social Security Benefits and failed to "follow up with the Maricopa County Recorder's office with a satisfaction of lien placed on Plaintiff." (Docs. 57, 59). Plaintiff provides no documentation to support these arguments, but even if he did the outcome would be the same. This case is closed, and judgment has been entered in

Plaintiff's favor. (Docs. 44, 45). The conduct complained of by Plaintiff took place after judgment in this case was entered—June 19, 2020—and appears to involve conduct apart from Plaintiff's underlying complaint. Thus, Plaintiff's motions regarding the USAO will be denied.

As for the request to file a lawsuit against the Commissioner of the Social Security Administration (the "SSA"), Plaintiff argues that he has not been provided a hearing before the SSA regarding his overpayment despite requesting one through the appropriate channels, although he provides no evidence to support his claim. (*See* Doc. 58). Notably, the damages Plaintiff seeks from the SSA are $30,929.16, the amount of restitution Plaintiff was required to pay in his criminal conviction. (*See* Docs. 51 at 3; 58 at 1). The Court considers this motion yet another attempt by Plaintiff to secure an order requiring the SSA to give Plaintiff a hearing to argue for an overpayment amount lower than $30,929.16 so he may receive a more favorable judgment from this Court. As such, the motion is not well taken and will be denied. (*See* Doc. 55 at 3 (noting that requests to get a greater award than he was otherwise entitled to under the Court's judgment would be summarily denied)).

Finally, in the "Motion to Order the Social Security Administration, the Office of Inspector General and the U.S. Government to Cease and Desist Violation of Plaintiff's Civil Rights with Threats" (Doc. 60), Plaintiff argues that he has received vague threats in person, via voicemail, and on his "case file" regarding his SSA case. (*See* Doc. 60). Plaintiff, again, provides no proof of these threats, cites no federal law or rule supporting his requested relief, and fails to even identify the individuals allegedly making these threats. (*See id.*). As such the Court will deny Plaintiff's motion.

The Court further reminds Plaintiff that his case is closed, and judgment has been entered. (Docs. 44, 45). This Court is not a forum for Plaintiff to press his disparate grievances or seek a greater award than he is due. Further filings by Plaintiff that are unsupported by the Federal Rules of Civil Procedure and lack legal and evidentiary support will be denied and may open Plaintiff to sanctions.

Accordingly,

**IT IS ORDERED** that Plaintiff's motions to file lawsuits (Docs. 57, 58, 59) and "Motion to Order the Social Security Administration, the Office of Inspector General and the U.S. Government to Cease and Desist Violation of Plaintiff's Civil Rights with Threats" (Doc. 60) are **DENIED**.

Dated this 25th day of May, 2021.

James A. Teilborg
Senior United States District Judge